UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Dolores Janet McConnell,

Plaintiff,

v.

Community Development Agency,

Defendant.

Civil 00-2105 JMR/FLN

O R D E R

---

The Court will treat the October 13, 2000, letter from plaintiff as a request for an extension of time in which to file an amended complaint contemplated by the September 15, 2000, order. The request is hereby GRANTED. Plaintiff shall have until December 1, 2000, to file an amended complaint. If no such complaint is filed on or before December 1, 2000, the court will recommend that the case be dismissed pursuant to Fed. R. Civ. P. 41(b).

DATED: Oct 23, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

OCT 24 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK