UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Delores Janet McConnell,

Plaintiff,

v.

Community Development Agency,

Defendant.

Civil 00-2105 JMR/FLN

REPORT & RECOMMENDATION

---

In September the Court reviewed the plaintiff's complaint and concluded that because there were no facts or specific acts of discrimination described in the complaint, that even with the liberal construction the Court is required to give pro se pleadings, the complaint failed to state a claim upon which relief may be granted. The Court issued an order that denied plaintiff's Application to Proceed Without Prepayment of Fees, but permitted the plaintiff to file an Amended Complaint if she did so by October 13.

In a letter dated October 13, plaintiff suggested that she wished to file an amended complaint and that the acts of dsicrimination about which she complained were "well documented". The letter failed to describe any specific acts of the defendant which constituted discrimination. The Court was still left to wonder what it was about which plaintiff was complaining. The Court treated the letter as a request for an extension of time in which to file the amended complaint contemplated by the September order, and granted the plaintiff until December 1, 2000, to file an amended complaint. Since then the Court has received two letters from the plaintiff, neither of which shed any more light on what her complaint is about.

FILED DEC 22 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

Based upon the foregoing, IT IS HEREBY RECOMMENDED that plaintiff's complaint be dismissed pursuant to Federal Rules of Civil Procedure 41(b).

DATED: December 22, 2000.

FRANKLIN L. NOEL
Chief Magistrate Judge

Pursuant to Local Rule 72.1(c)(2), any party may object to this report and recommendation by filing with the Clerk of Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.