UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Delores Janet McConnell,

Plaintiff,

vs.

Community Development Agency,

Defendant.

Civil 00-2105 JMR/FLN

**ORDER**

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated December 22, 2000, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED pursuant to Federal Rules of Civil Procedure 41(b).

DATED: February 1, 2001.

JUDGE JAMES M. ROSENBAUM
United States District Court

FILED
DEPUTY CLERK